UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**SUMMONS IN A CRIMINAL CASE**

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO.
                                            11-CR-40053-TSH
Jeremy Goncalves,

---

YOU ARE HEREBY SUMMONED to appear before the U.S. District Judge Timothy S. Hillman at the time, date and place set forth below for a **Hearing on Revocation of Supervised Release**

| PLACE: | ROOM: |
|---|---|
| U.S. DISTRICT COURT | **COURTROOM 2, 5th FLOOR** |
| 595 Main Street | DATE AND TIME: |
| Worcester, MA  01608 | Friday August 3, 2012 at 10:00AM |

---

**TO THE DEFENDANT:** You should appear with your attorney at the time and place given above.  Failure to appear will result in the issuance of a warrant for your arrest.  If you are unable to afford an attorney and wish the court to appoint one for you, please telephone Deputy Clerk Martin Castles, 508-929-9904 as soon as possible.

You will receive two copies of this notice--one by regular mail and one by certified mail.

                                            Timothy S. Hillman
                                            U.S. District Judge

Dated: July 19, 2012                        /s/ Martin Castles
                                            Martin Castles
                                            Deputy Clerk
                                            (508) 929-9904