5-17-15

Judge Hillman,

My name is Jeremy Goncalves, I was infront of you Sept 1st for a violation of probation, at that time you sentenced me to 12 months with no probation to follow. I expressed in a previouse letter the problems with my wife since I have been detained. You asked me what my sitsuation was with my wife at my hearing and I said it wasnt good. I found out that my wife was cheating on me and started doing heroin in November 2014. And that she abandoned my 2 year old daughter and since then both her mother and mine have had 3rd party custody. On Sept 2nd I was called into my counselors office and was told that a lady named Gabriella wanted me to call her, I then learned that she is a social worker at the Worcester DCF office, She asked me if I knew why she wanted me to call and if I knew what was going on, I told her I didnt and she then told me that my wife overdosed on heroin on Aug 27th and that my daughter was placed into foster care. My self or my family had no idea that this had happened. I havent spoke to my wife since I filed for divorce in Mid April. I then called my mom and told her. On Sept 4th the court gave full custody to my mother-in-law. Everything can be confirmed with the Worcester Probate Court and the Worcester DCF office. I'm also asking for the time that I was pre-trial to be credited to my sentence. The Federal Detainer was issued on Oct 7th 2014 and I was held in the →

Hampden County Correction Center until Apr 17th when I was sentenced to that violation of probation which is the same violation that I appeared in front of you for. Also in May I went to the parole board with a very good institutional record and was denied parole because of my federal detainer. The credit time I'm requesting is from Oct 2nd when the detainer was issued until April 17th 2015 when I was sentenced in Hampden County for a credit of 192 days. I ask you this so I will be able to be home with my daughter. She has a disability and is the number one thing in my life. I have already been away from her for 11½ months. The feeling of being away from my child has caused me to experience things that I never had. It has been the worst 11 months of my life. I have vowed to never put myself in a situation to ever get taken from her again. I have a great support group waiting for me when I get out along with a really good job. I please ask you to credit my time so I can reunite with my daughter and start the life as a single parent.

Sincerly

Jeremy Goncalves

FILED
IN CLERKS OFFICE
2015 SEP 21  A 10: 24
U.S. DISTRICT COURT
DISTRICT OF MASS.